PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lloyd Richard Anderson**

**Docket No. 0:00CR00164-2(PAM)**

**Petition on Supervised Release**

COMES NOW **Randell W. Nikula**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lloyd Richard Anderson** who was sentenced on November 14, 2000, by the Honorable Paul A. Magnuson, sitting in the court at St. Paul, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and alcohol abuse treatment program
Alcohol abstinence and no frequenting establishments where alcohol is sold
Mandatory drug testing
Psychological/psychiatric counseling/treatment
No firearms, dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #3: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On November 3, 2004, Mr. Anderson's urine sample tested positive for cocaine. He later admitted to the drug use.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 25 hours of community service as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 24th day of November, 2004, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Paul A. Magnuson
U.S. District Judge

Respectfully,

[signature]

Randell W. Nikula
U.S. Probation Officer

Place Minneapolis
Date November 23, 2004

c: United States Sentencing Commission

SCANNED
NOV 26 2004
U.S. DISTRICT COURT ST. PAUL