Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Lloyd Richard Anderson

Docket No. 0:00CR00164-002

**HEARING WAIVER**

I, Lloyd Richard Anderson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 25 hours of community service, as approved by the probation officer.

Signed: [signature]
Lloyd Richard Anderson
Supervised Releasee

Witness: [signature]
Randell W. Nikula
U.S. Probation Officer

Dated: 11-16-04

SCANNED
NOV 26 2004
U.S. DISTRICT COURT ST. PAUL