PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lloyd Richard Anderson**

**Docket No. 0:00CR00164-2(PAM)**

**Petition on Supervised Release**

COMES NOW **Randell W. Nikula**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lloyd Richard Anderson** who was sentenced for Conspiracy to Possess with Intent to Distribute Methamphetamine on November 14, 2000, by the Honorable Paul A. Magnuson, sitting in the court at St. Paul, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and alcohol abuse treatment
Alcohol abstinence and no frequenting establishments where alcohol is sold
Mandatory drug testing
Mental health aftercare
No firearms or other dangerous weapons
Community service *(modified 12/1/2004)*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #2: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On December 6, 2004, Mr. Anderson's urine sample tested positive for cocaine and was verified positive by Kroll Laboratory. On January 19, 2005, he failed to report for a scheduled drug test. Mr. Anderson was unsuccessfully discharged from chemical dependency treatment on January 20, 2005, due to lack of attendance.

SCANNED
FEB 17 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 17th day of February, 2005, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Randell W. Nikula
U.S. Probation Officer

Executed on February 15, 2005
Place Minneapolis