PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lloyd Richard Anderson**

**Docket No. 0:00CR00164-002-PAM**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lloyd Richard Anderson** who was sentenced for Conspiracy to Possess with Intent to Distribute Methamphetamine on November 14, 2000, by the Honorable Paul A. Magnuson, sitting in the court at St. Paul, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and alcohol abuse treatment
Alcohol abstinence and no frequenting establishments where alcohol is sold
Mandatory drug testing
Mental health aftercare
No firearms or other dangerous weapons
Community service (Modified December 1, 2004)
90 Days Community Confinement (Modified February 17, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #2: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On November 3, 2004, the defendant submitted a positive drug test for cocaine. The defendant admitted using cocaine. On December 6, 2004, the defendant submitted a positive drug test for cocaine. Laboratory reports subsequently confirmed the positive test. On July 26, 2005, the defendant submitted a positive drug test for cocaine. Laboratory reports later confirmed the positive test.

On January 20, 2005, the defendant was unsuccessfully discharged from chemical dependency treatment due to lack of attendance.

On July 29, 2005, the defendant failed to report for a drug test at Family Focus in Mankato, Minnesota, as directed.

SCANNED
AUG 08 2005
U.S. DISTRICT COURT ST. PAUL

79

cc: USM, FPD: PAM

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 8th day of August, 2005, and ordered filed and made a part of the records in the above case.

~~Honorable Paul A. Magnuson~~ Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on August 5, 2005
Place Minneapolis