AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

AUG 12 2005

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2005 AUG 12 P 3:55

RECEIVED

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-164(2) PAM

Lloyd Richard Anderson

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **Courtroom One**
**316 North Robert Street**
**St. Paul, MN 55101**

Before: **Honorable Judge Paul A. Magnuson**

On: **August 16, 2005 at 10:30 AM**

---

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PRETRIAL SERVICES AT (612) 664-5454, as soon as you receive this summons.**

Gina Olsen, Deputy Clerk

Dated: August 8, 2005

SCANNED
AUG 15 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Crimi ase

## RETURN OF SERVICE

Service was made by me: [1] DUSM Michael Levorson Date: 08/10/05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: U.S. Marshals Office, Rm 402, 300 So 4th St., Mpls, MN 55415

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________

☐ Returned unexecuted: ____________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 08/10/05
Date

Al Garber
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

Def. showed up at Probation, brought over to our office for service. – [initials]

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure