**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Paul A. Magnuson |
| Plaintiff, | ) | U.S. District Judge |
| v. | ) | |
| | ) | Case No: Criminal 00-164(2) PAM |
| Lloyd R. Anderson, | ) | Date: August 16, 2005 |
| Defendant. | ) | Court Reporter: Michelle Skoog |
| | ) | Tape Number: |
| | ) | Time Commenced: 10:30 a.m. |
| | | Time Concluded: 11:00 a.m. |
| | | Time in Court: Hours & 30 Minutes |

APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney
Defendant: Katherine Menendez : FPD 9 CJA 9 Retained 9 To be appointed

PROCEEDINGS: Federal Public Defender apptd.

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
: Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the Bureau of Prisons for 60 days. Defendant to surrender on September 1, 2005 at or before 11:00 a.m. to the US Marshal or such other location as designated. Upon release from confinement the defendant shall immediately report to the New Beginnings Treatment Facility in Waverly, Minnesota. Defendant must complete this program. Following release from the New Beginnings program the defendant shall participate in a 90 day home confinement with electronic monitoring. The defendant shall pay the costs of electronic monitoring. The remainder of the supervised release term to follow.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Supervised Release continued for a term of.
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk