UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-164

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JEFFREY A. WEISEN, Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-164

Defendant Name

Lloyd R. Anderson

Remove AUSA

James E. Lackner

Add AUSA

Joseph T. Dixon, III

Dated: August 17, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID No. 59298