# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

LLOYD RICHARD ANDERSON,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 00-164 (2) PAM

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Katherine M. Menendez shall appear as appointed counsel of record for the above named defendant in this case.

Dated: August 17, 2005

*s/Katherine M. Menendez*

KATHERINE M. MENENDEZ
Attorney ID No. 278014
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415