PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lloyd Richard Anderson**

**Docket No. 0:00CR00164-002(PAM)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lloyd Richard Anderson** who was sentenced for Conspiracy to Possess with Intent to Distribute Methamphetamine on November 14, 2000, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and alcohol abuse treatment
Alcohol health aftercare
Community service (Modified December 1, 2004)
90 Days Community Confinement (Modified February 17, 2005)
Revoked supervision, 60days custody, continue SR with 90 days home confinement (August 16, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On June 7, 2006, Mr. Anderson's urinalysis specimen yielded a positive result for the use of cocaine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on June 13, 2006, at 9:15 a.m. in courtroom #2 in St. Paul, Minnesota, to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 8th day of June, 2006, and ordered filed and made a part of the records in the above case.

Paul A. Magnuson

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on June 8, 2006
Place Minneapolis

SCANNED
JUN 08 2006
U.S. DISTRICT COURT ST. PAUL

cc: U.S. Attorney's Office
Federal Defender's Office