**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Lloyd R. Anderson,

Defendant.

Criminal No.00-164(2)(PAM)

**ORDER APPOINTING COUNSEL**

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Tuesday, June 13, 2006 @ 9:15 a.m. Courtroom #2, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota before the Honorable Paul A. Magnuson..

Dated: June 8, 2006

Paul A Magnuson

PAUL A. MAGNUON, JUDGE
United States District Court

SCANNED
JUN 08 2006
U.S. DISTRICT COURT ST. PAUL