**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Lloyd R. Anderson,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 00-164(2) PAM
Date: June 13, 2006
Court Reporter: Lorilee Fink
Tape Number:
Time Commenced: 9:15 a.m.
Time Concluded: 9:20 a.m.
Time in Court: Hours & 5 Minutes

APPEARANCES:

Plaintiff: Omar Syed, Assistant U.S. Attorney
Defendant: Lyonel Norris : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant failed to appear. 9 Defendant denies allegations.

ORDERED:

: Bench Warrant Ordered.
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
9 Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
9 Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk