PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lloyd Richard Anderson**

**Docket No. 0:00CR00164-002(PAM)**

**Amended Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lloyd Richard Anderson** who was sentenced for Conspiracy to Possess with Intent to Distribute Methamphetamine on November 14, 2000, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and alcohol abuse treatment
No alcohol; not to enter establishment where alcohol is sold
Psychological/psychiatric counseling/treatment
Community service (Modified December 1, 2004)
90 Days Community Confinement (Modified February 17, 2005)
Revoked supervision, 60 days custody, continue SR with 90 days home confinement (August 16, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION # 2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Additional Violation**: The defendant has failed to report to the probation officer as directed. Despite multiple telephone messages, a written letter, multiple collateral contacts, and attempted home visit, this officer has been unable to locate the defendant. He has not responded to any of this officer's attempts to establish contact. Additionally, the defendant has not submitted a monthly report form for May 2006 updating this officer on any changes in residence, telephone number, or employment status.

SCANNED
JUN 23 2006
U.S. DISTRICT COURT ST. PAUL

JUN 22 2006
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

PRAYING THAT THE COURT WILL ORDER That the Petition dated June 8, 2006, be amended by the addition of the violation noted herein. A warrant was previously issued on June 13, 2006, as the defendant failed to appear for a Final Revocation Hearing.

**[The rationale for a warrant is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 21st day of June, 2006, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on June 21, 2006
Place Minneapolis