UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Lloyd R. Anderson,

Defendant.

Criminal No.00-164(2(PAM)

**ORDER APPOINTING COUNSEL**

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Thursday, June 22, 2006, @ 2:30 p.m. Courtroom #13E, 13th Floor, 300 South Fourth St., Minneapolis, Minnesota before the Honorable Paul A. Magnuson..

Dated: June 21, 2006

PAUL A. MAGNUON, JUDGE
United States District Court

SCANNED
JUN 2 3 2006
U.S. DISTRICT COURT ST. PAUL