A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
06 JUN 23 AM 11:02
CLERK, U.S. DIST. COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 JUN 13 P 3:46

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-164(2) PAM**

Lloyd R. Anderson

0641-0613-1082-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Lloyd R. Anderson

and bring him forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him with:

Failure to Appear

Ordered by: Paul A. Magnuson, United States District Court Judge.

[signature] June 13, 2006 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: 6/13/06 Date of Arrest: 6/21/06

JOHN M MURPHY
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer

... consisting of 2 sheet(s)
... the record in my custody.
... 6/13 2006
Richard D. Sletten, Clerk
By [signature]

criminal\warrant.frm

SCANNED
JUN 29 2006
U.S. DISTRICT COURT ST. PAUL

DC Modified 12/08/04